UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRANCE HAZEL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RUSSEL, et al.,<br><br>　　　　Respondents. | Case No. 3:20-cv-00428-LRH-CLB<br><br>ORDER |

　　　Petitioner Terrance Hazel has submitted what he has styled as a *pro se* habeas corpus petition (ECF No. 1). The petition is dismissed for failure to state a claim that is cognizable in federal habeas corpus.

　　　Inmates in state custody pursuant to a state-court judgment who challenge their judgment of conviction or sentence on federal constitutional grounds may pursue a 28 U.S.C. § 2254 petition for writ of federal habeas corpus. Further, "relief is available to a prisoner under the federal habeas statute only if success on the claim would 'necessarily spell speedier release' from custody." *Nettles v. Grounds*, 788 F.3d 992, 1001 (9th Cir. 2015); 28 U.S.C. § 2254.  Here, however, petitioner claims that Northern Nevada Correctional Center personnel are not complying with COVID-19 pandemic safety protocols in deliberate indifference to serious medical and safety needs (ECF No. 1, pp. 3-4).  Such a claim implicates petitioner's Eighth Amendment rights under 28 U.S.C. § 1983. He also seeks to assert a claim under the Americans with Disabilities Act. *Id.* at 7-8. Therefore, the petition is dismissed for failure to state a claim for which federal habeas relief may be granted.  This court notes the critical importance

of compliance with COVID-19 safety protocols in NDOC institutions. However, petitioner must file a civil rights complaint if he wishes to pursue these claims.

**IT IS THEREFORE ORDERED** that the petition (ECF No. 1) is **DISMISSED** as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** that the Clerk **SEND** to petitioner one copy each of the prisoner application to proceed *in forma pauperis* and 42 U.S.C. § 1983 complaint form and instructions, along with the papers he filed in this action.

DATED this 19th day of August, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE